[No. 10,535.—In Bank.]
. August 12, 1881.

## THE PEOPLE *v.* H. HARTMAN.

LARCENY—EVIDENCE OF PREVIOUS OFFENSE.—Upon the trial of a person charged with larceny, it is error to permit evidence to be introduced tending to show that the defendant had at another time stolen other property than that described in the indictment.

APPEAL from a judgment of conviction, and from an order denying a new trial, in the Superior Court of San Bernardino County. ROLFE, J.

*A. B. Paris, Satterwhite & Curtis*, for Appellant.

*A. L. Hart*, Attorney General, for Respondent.

The COURT:

The appellant was indicted for the crime of grand larceny, and on the trial the District Attorney was permitted, against the objection of defendant, to introduce evidence tending to show that the defendant had at another time stolen other property than that described in the indictment. This was error. (*Walker* v. *Commonwealth*, 1 Leigh, 574; *State* v. *Daubert*, 42 Mo. 242; *State* v. *Goetz*, 34 Mo. 85.)

Judgment and order reversed.